IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) <br><br> This Document Relates to: <br> All Actions | Master Docket <br> Misc. No.: 08-180 (DWA) <br> MDL No.: 1942 <br><br> DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON CLASS COUNSEL |

I, W. Joseph Bruckner, declare and state:

1. I am a partner in the law firm of Lockridge Grindal Nauen P.L.L.P. I submit this declaration in support of Plaintiffs' Motion to Appoint Interim Class Counsel and Liaison Counsel in this litigation.

2. Attached as Exhibit A is a true and correct copy of Final Report of Hearing Officer in Case COMP/39.165 – Flat Glass, 2008 O.J. (C127) 6-7, issued by the European Commission, that is germane to the matter under consideration by the court.

3. Attached as Exhibit B is a true and correct copy of Summary of Commission Decision, Case COMP/39.165– Flat Glass, 2008 O.J. (C127) 9-11, issued by the European Commission, that is germane to the matter under consideration by the court.

4. Attached as Exhibit C is a true and correct excerpt of *Parkinson v. Hyundai Motor Am.*, No. CV06-345AHS (MLGX), 2006 WL 2289801 (C.D. Cal. Aug. 7, 2006), that is germane to the matter under consideration by the court.

5. Attached as Exhibit D is a true and correct excerpt of Pretrial Case Management and Scheduling Order in *In re Polyester Staple Antitrust Litig.*, No. 03-MD-1516 (W.D.N.C. June 16, 2003), that is germane to the matter under consideration by the court.

6. Attached as Exhibit E is a true and correct excerpt of Case Management Order No. 2 in *In re Carbon Black Antitrust Litig.*, No. 03-MD-1543 (D. Mass. Nov. 10, 2003), that is germane to the matter under consideration by the court.

7. Attached as Exhibit F is a true and correct copy of Lockridge Grindal Nauen P.L.L.P.'s firm biography and attorney biographies.

8. Attached as Exhibit G is a true and correct copy of Labaton Sucharow LLP's firm biography and attorney biographies.

9. Attached as Exhibit H is a true and correct copy of Freed Kanner London & Millen LLC's firm biography and attorney biographies.

10. Attached as Exhibit I is a true and correct copy of the Cohen Milstein Hausfeld & Toll P.L.L.C.'s firm biography and attorney biographies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of July, 2008 at Minneapolis, Minnesota.

/s/ W. Joseph Bruckner
W. Joseph Bruckner

## Table of Contents

A. Exhibit A is a true and correct copy of Final Report of Hearing Officer in Case COMP/39.165 – Flat Glass, 2008 O.J. (C127) 6-7.

B. Exhibit B is a true and correct copy of Summary of Commission Decision, Case COMP/39.165– Flat Glass, 2008 O.J. (C127) 9-11.

C. Exhibit C is a true and correct excerpt of Parkinson v. Hyundai Motor Am., No. CV06-345AHS (MLGX), 2006 WL 2289801 (C.D. Cal. Aug. 7, 2006) that is germane to the matter under consideration by the court.

D. Exhibit D is a true and correct excerpt of Pretrial Case Management and Scheduling Order in In re Polyester Staple Antitrust Litig., No. 03-MD-1516, (W.D.N.C. June 16, 2003) that is germane to the matter under consideration by the court.

E. Exhibit E is a true and correct excerpt of Case Management Order No. 2 in In re Carbon Black Antitrust Litig., No. 03-MD-1543, (D. Mass. Nov. 10, 2003) that is germane to the matter under consideration by the court.

F. Exhibit F is a true and correct copy of Lockridge Grindal Nauen P.L.L.P.'s firm biography and attorney biographies.

G. Exhibit G is a true and correct copy of Labaton Sucharow LLP's firm biography and attorney biographies.

H. Exhibit H is a true and correct copy of Freed Kanner London & Millen LLC's firm biography and attorney biographies.

I. Exhibit I is a true and correct copy of the Cohen Milstein Hausfeld & Toll P.L.L.C.'s firm biography and attorney biographies.

## CERTIFICATE OF SERVICE

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON CLASS COUNSEL on the following on the 9th day of July as follows:

**via Electronic Case Filing:**

Joseph P. Moschetta, Esquire
jpm@moschettalawfirm.com
Stephen P. Moschetta, Esquire
spm@moschettalawfirm.com
THE MOSCHETTA LAW FIRM, P.C.
28 West Cherry Avenue
Washington, PA  15301
Telephone:  724-225-3060
Facsimile:  724-225-7311

**via Electronic Mail:**

Peter Safirstein, Esquire
psafirstein@milbergweiss.com
MILBERG WEISS LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

Merrill G. Davidoff, Esquire
mdavidoff@bm.net
David F. Sorensen, Esquire
dsorensen@bm.net
Eric L. Cramer, Esquire
ecramer@bm.net
Michael Dell Angelo, Esquire
mdellangelo@bm.net
Matthew McCahill, Esquire
mmccahill@mn.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103

Joseph R. Saveri, Esquire
jsaveri@lchb.com
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Steven E. Fineman, Esquire
sfineman@lchb.com
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: 212-355-9500

Jason S. Hartley, Esquire
jhartley@rdblaw.com
Jason M. Lindner, Esquire
ROSS DIXON & BELL, LLP
550 West B. Street, Suite 400
San Diego, CA 92101
Telephone: 619-235-4040

Paul Gale, Esquire
pgale@rdblaw.com
Paul Song, Esquire
psong@rdblaw.com
ROSS DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592
Telephone: 949-622-2700
Facsimile: 949-622-2739

Norman E. Siegel, Esquire
siegel@sshwlaw.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101

Christopher M. Burke, Esquire
cburke@scott-scott.com
Kristen M. Anderson, Esquire
kanderson@scott-scott.com
SCOTT & SCOTT LLP
600 B Street, Suite 1500
San Diego, CA   92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

Walter Noss, Esquire
wnoss@scott-scott.com
SCOTT & SCOTT LLP
12434 Cedar Road
Cleveland Heights, OH   44106
Telephone: 216-229-6088
Facsimile: 216-229-6092

Bonny E. Sweeney, Esquire
bonnys@csgrr.com
Katherine A. Morgan, Esquire
kmorgan@csgrr.com
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA   92101
Telephone: 619-231-1058
Facsimile:  619-231-7423

Lawrence R. Desideri, Esquire
ldesideri@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, 41st Floor
Chicago, IL 60601
Telephone:  312-558-5600
Facsimile:  312-558-5700

Paul S. Hessler, Esquire
paul.hessler@linklaters.com
LINKLATERS
1345 Avenue of the Americas
New York, NY 10105
Telephone:  212-903-9132
Facsimile:  212-903-9100

Mark Leddy, Esquire
mleddy@cgsh.com
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006
Telephone: 202-974-1570
Facsimile: 202-974-1999

Barbara T. Sicalides, Esquire
sicalidesb@pepperlaw.com
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Telephone: 215-981-4000
Facsimile: 215-981-4750

Corey C. Watson, Esquire
cwatson@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: 213-680-8400
Facsimile: 213-680-8500

Michael C. Occhuizzo, Esquire
mocchuizzo@kirklland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

**via U.S. First Class Mail:**

Saint-Gobain SA
Les Miroirs 18, Avenue d'Alsace
Courbevoie, France 92400

Guardian Glass Corp.
2300 Harmon Road
Auburn Hills, MI 48326-1714

          s/David J. Manogue
          David J. Manogue