# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Flat Glass Antitrust Lit. (II)

                Plaintiff,

vs.                   No. **08-mc-180**

                Defendant.

TYPE OF CONFERENCE: (Case Management) / Settlement Conference / Pre-Trial

Before Judge Ambrose

**See Attached List**

_____   _____
       Appear for Plaintiff                Appear for Defendant

Hearing begun: **2:00  7/10/08**     Hearing adjourned to:_____

Hearing concluded C.A.V.: **3:05 7/10/08**   Clerk: Sherry Halfhill / (Lisa Tumolo) / Jack Hamilton
                                       Anne Kurzweg / Susan Schupansky
                                       Leigh Ferron   / Carolyn Allen

Discussed scheduling matters. Amended Consd. Complaint to be filed 45 days after appointment of lead counsel. Motion to Dismiss due 45 days thereafter. Response due 45 days thereafter and Reply due 30 days thereafter.

While acknowledging that ADR is premature at this time, compliance

with ADR program will be required.

Counsel informed of 20 page limit for briefs.

Discussed monthly meetings and agendas for the same.

Discussed appointment of lead counsel. Responses due by the start of

business on Monday 7/21/08. If Reply is needed, counsel to
call court.

Participation in future conferences is permissible by telephone by
non-lead counsel.

Next conference set for Sept. 10, 2008, at 2:00 p.m.

¶s  :  Jason Hartley        ∆s:
        Rick Rinaldo              Donna Doblick - Guardi
        David F. Sorensen         Barbara Sicalides - Pilkingt
        Eric Cramer               Tom Madigan      -    "
        Robert Eiser              Robin Sumner     -    "
        Roberta Liebenberg        Paul Hessler, Linklaters - St. Gobair
        Steven A. Kanner          Laurence Desideri, PPG, Winston Est
        Eugene A. Spector         Corey C. Watson, Guardian Dep
        Joseph Bruckner           James R. Miller - PPG Inc
        Stephen P. Moschetta                      Dickere Mecar
        Joseph P. Moschetta       Judith F. Olson - Asahi
        Gerald J. Rodos           Mark Leddy - Asahi
        Andrew Morganti           Kathy Bradish - Asahi
        Peter Safirstein
        Hollis Salzman
        Kellie Lerner

        David Manogue
        John Evans