IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) | Master Docket<br>Misc. No. 08-180<br>MDL No. 1942<br><br>Chief Judge Donetta W. Ambrose<br><br>Electronically Filed |

NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Hollis L. Salzman of Labaton Sucharow, LLP on behalf of defendants John Draper d/b/a Draper's Auto Glass, Jackson Glass Company, Inc. and Colonial Glass Solutions in the above-captioned matters.

Dated: July 18, 2008          Respectfully submitted,

/s/ Hollis L. Salzman

Hollis L. Salzman
Kellie Lerner
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs John Draper d/b/a Draper's Auto Glass, Jackson Glass Company, Inc., and Colonial Glass Solutions*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the a true and correct copy of the foregoing **Notice of Entry of Appearance** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on the 18th day of July, 2008.

/s/ Hollis L. Salzman
Hollis L. Salzman
