IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) | Master Docket<br>Misc. No.: 08-180 (DWA)<br>MDL No.: 1942 |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

### [PROPOSED] ORDER GRANTING MOTION FOR AMENDMENT OF ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON COUNSEL

Having considered the motion of Plaintiffs Thermo-Twin Industries, Inc. and D&S Glass Services, Inc. and the supporting papers submitted therewith, the Court hereby **GRANTS** said motion and amends the July 22, 2008 Order Appointing Interim Co-Lead Class Counsel and Interim Liaison Class Counsel (Docket No. 46) by having Hausfeld LLP – the new firm of Interim Co-Lead Class Counsel Michael D. Hausfeld – substituted for Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

Dated: November 21, 2008.

                                                                                     Hon. Donetta W. Ambrose
                                                                                     Chief Judge
                                                                                     United States District Court