IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) | Master Docket<br>Misc. No. 08-180<br>MDL No. 1942<br><br>Chief Judge Donetta W. Ambrose<br><br>Electronically Filed |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Morissa R. Falk of Labaton Sucharow LLP on behalf of plaintiff Jackson Glass Company, Inc. in the above-captioned matter.

Dated: March 17, 2009            Respectfully submitted,

                                  */s/ Morissa R. Falk*

                                  Morissa R. Falk
                                  LABATON SUCHAROW LLP
                                  140 Broadway
                                  New York, New York 10005
                                  Telephone: (212) 907-0700
                                  Facsimile: (212) 818-0477

                                  ***Attorneys for Plaintiff  Jackson Glass Company, Inc.,***

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the a true and correct copy of the foregoing **Notice of Entry of Appearance** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on the 17th day of March, 2009.

                                                /s/ Morissa R. Falk
                                                Morissa R. Falk