## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: FLAT GLASS ANTITRUST       :
LITIGATION (II)       :
      :
      :    **Mater Docket:**
      :    **Misc. No.: 08-180 (DWA)**
**This Document Relates to:**       :    **MDL No.: 1942**
**All Actions**       :
      :    **Honorable Donetta W. Ambrose**
      :
      :
      :

### [~~PROPOSED~~] ORDER

Upon consideration of Defendants' Motion to Compel Plaintiffs to Produce Sales *as well as the Reply and the Sur-Reply* Data, and Plaintiffs' response thereto, it is hereby ORDERED that the Motion is ~~GRANTED and~~ *denied as I am not persuaded by Ds that such information is relevant or necessary to determine class certification.* ~~that Plaintiffs shall produce documents responsive to Requests Nos. 3 and 11 in Defendants' First Set of Requests for Production of Documents within twenty-one (21) days.~~

Dated:   *1/6/10*               *Donetta F. Ambrose*
                                      **Judge Donetta W. Ambrose**
                                      **United States District Judge**