IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) <br><br> This Document Relates to: <br> All Actions | Master Docket <br> Civil Action No. 08-180 (DWA) <br> MDL No. 1942 <br><br> Chief Judge Donetta W. Ambrose <br><br> Electronically Filed |

## MOTION FOR ADMISSION
## OF MARK REINHARDT PRO HAC VICE

David J. Manogue, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Mark Reinhardt *pro hac vice* to participate in this case.

1. Mark Reinhardt is a partner with Reinhardt Wendorf & Blanchfield, located at E1250 First National Bank Bldg., 332 Minnesota Street, St. Paul, MN 55101. As evidenced by the attached Affidavit, Mr. Reinhardt is a member in good standing of the bars of the State of Minnesota and the United States District Court for the District of Minnesota.

2. Mark Reinhardt has extensive experience in class actions and complex litigation. Mark Reinhardt's admission *pro hac vice* will significantly assist plaintiff Public Supply Company in prosecuting this class action.

3. Mark Reinhardt is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

4. Mark Reinhardt is registered to use electronic Case Filing ("ECF") in the Western District of Pennsylvania and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this court to grant the Motion for Admission *Pro Hac Vice* of Attorney Mark Reinhardt. A proposed Order of Court is attached.

Dated: May 14, 2010

SPECTER SPECTER EVANS
& MANOGUE, P.C.

By: <u>s/David J. Manogue</u> .
    David J. Manogue
    (PA ID No. 42119)

The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: 412-642-2300
Facsimile: 412-642-2309

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Mark Reinhardt as counsel of record by electronic mail using the Court's Electronic Case Filing System.


Dated: May 14, 2010                               s/David J. Manogue        .
                                                  David J. Manogue