EXHIBIT 2

Case 2:08-mc-00180-DWA   Document 268-3   Filed 01/06/11   Page 1 of 2

# If you purchased Construction Flat Glass for delivery or pick-up in the United States from July 1, 2002 to December 31, 2006, your rights could be affected by Proposed Settlements

## What are the Settlements about?

Plaintiffs claim that Pilkington North America, Inc., Pilkington Holdings Inc., Guardian Industries Corp., AGC Flat Glass North America, Inc. and PPG Industries, Inc. conspired to fix the prices of Construction Flat Glass in violation of U.S. antitrust laws. A settlement with Pilkington North America, Inc. and Pilkington Holdings Inc. provides $4.2 million to direct purchasers of Construction Flat Glass. A settlement with Guardian Industries Corp. provides $6.325 million to direct purchasers of Construction Flat Glass. A settlement with AGC Flat Glass North America, Inc. provides $5.9 million to direct purchasers of Construction Flat Glass. A settlement with PPG Industries, Inc. provides $5.9 million to direct purchasers of Construction Flat Glass. The settling manufacturers deny liability but have settled to avoid the cost and risk of a trial.

## Who Is A Class Member?

You are a class member if, at some point between July 1, 2002 to December 31, 2006, you purchased Construction Flat Glass directly from Pilkington North America, Inc., Pilkington Holdings Inc., Guardian Industries Corp., AGC Flat Glass North America, Inc. or PPG Industries, Inc. for delivery or pick-up in the United States. Everything you need to know is in the full Notice, including information on who is or is not a class member. Construction Flat Glass is defined as flat glass formed through the "float" process for use in the construction or architectural sector, which includes but is not limited to coated float glass, clear and tinted float glass, low emissivity glass (i.e., glass coated with thin metal or metallic oxide layers to improve its insulating qualities), laminated glass, and unprocessed mirror glass.

## Will I Get A Payment?

If you are a class member and do not opt out, you will be eligible to file a claim and receive a payment at a future date. If you are a class member and do not opt out, you will release certain legal rights against the defendants, as set forth in the settlement agreements.

## What Are My Rights?

If you do not want to take part in the settlements, you have the right to opt out. To opt out of the settlements, you must do so by **Month XX, 2011**. Class members have the right to object to the settlements. If you object, you must do so by **Month XX, 2011**. You may speak to your own attorney at your own expense for help.

A Final Approval Hearing to consider approval of the settlements and request for attorneys' fees and litigation expenses will be held at the United States District Court for the Western District of Pennsylvania on **Month XX, 2011**.

For more information on how to opt out of the settlements or object or the locations and times of the Hearing, visit www.FlatGlassLitigation.com or call toll-free 1 (877) 273-9532.

## This Is A Summary, Where Can I Get More Information?

You can get complete Settlement information, including a copy of the full Notice, by registering at www.FlatGlassLitigation.com, calling the number below, or writing to In Re: Flat Glass Antitrust Litigation (II), Claims Administrator, PO Box 3266, Portland, OR 97208-3266.

**1 (877) 273-9532**     **www.FlatGlassLitigation.com**