# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) | Master Docket<br>Misc. No.: 08-180 (DWA)<br>MDL No.: 1942 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Donetta W. Ambrose |

## NOTICE OF CHANGE OF FIRM AFFILIATION
## AND WITHDRAWAL OF FORMER FIRM

TO:   Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliations and contact information for attorneys Dianne M. Nast and Michele S. Burkholder:

>   Dianne M. Nast
>   NastLaw LLC
>   1101 Market Street, Suite 2801
>   Philadelphia, PA 19107
>   Tele: (215) 923-9300
>   Fax: (215) 923-9302
>   dnast@nastlaw.com

>   Michele S. Burkholder
>   NastLaw LLC
>   1101 Market Street, Suite 2801
>   Philadelphia, PA 19107
>   Tele: (215) 923-9300
>   Fax: (215) 923-9302
>   mburkholder@nastlaw.com

>   *Attorneys for Plaintiffs*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

2

Please withdraw the appearance of RodaNast, P.C.

| | |
|---|---|
| Dated: December 11, 2012 | Respectfully submitted, |
| /s/ Dianne M. Nast | /s/ Dianne M. Nast |
| Dianne M. Nast (PA 24424) | Dianne M. Nast (PA 24424) |
| RodaNast, P.C. | NastLaw LLC |
| 801 Estelle Drive | 1101 Market Street, Suite 2801 |
| Lancaster, PA 17601 | Philadelphia, PA 19107 |
| Tele: (717) 892-3000 | Tele: (215) 923-9300 |
| Fax: (717) 892-1200 | Fax: (215) 923-9302 |
| dnast@rodanast.com | dnast@nastlaw.com |

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 11, 2012, I electronically filed the foregoing Notice of Change of Firm Affiliation and Withdrawal of Former Firm with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of the filing to all counsel of record.

                                            /s/ Dianne M. Nast
                                            Dianne M. Nast